# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOORAK CAPITAL PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JC ASTOR INVESTMENTS LLC, et al., <br><br> Defendants. | Civil Action No.: 24-5069 (CCC) (JRA) <br><br><br> **ORDER** |

This matter comes before the Court by way of Magistrate Judge José R. Almonte's Report and Recommendation (ECF No. 11) that the motion of Plaintiff Toorak Capital Partners, LLC to remand this action to the Superior Court of New Jersey, Chancery Division, Hudson County (ECF No. 6) be granted. No objections have been filed thereto. The Court has considered the history of and submissions made in this case, as well as Judge Almonte's Report and Recommendation, and for substantially the same reasons stated therein,

**IT IS** on this 14th day of January, 2025,

**ORDERED** that this Court adopts Judge Almonte's December 27, 2024, Report and Recommendation that Plaintiff's motion be granted and this matter be remanded to the Superior Court of New Jersey pursuant to 28 U.S.C. § 1447(c); and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED**.

*/s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States District Judge**
